UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | |
|---|---|
| LARRY JOE LITTLE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:19-CV-005-CHB |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| ANDREW SAUL, COMMISSIONER OF ) | |
| SSA, ) | |
| ) | |
| Defendant. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment,

**IT IS HEREBY ORDERED** as follows:

1.   Judgment is entered in favor of the Defendant Commissioner.

2.   This matter is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

3.   This is a **FINAL** and **APPEALABLE JUDGMENT**, and there is no just cause for delay.

This the 13th day of July, 2020.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY